**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **12/15**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **East Coast Foods, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **95-3070360** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1514 Gower Street**<br>**Los Angeles, CA 90028**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership

☐ Other. Specify: _____

| Debtor | East Coast Foods, Inc. | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.

_____

**8.   Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | | Relationship to you | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | **East Coast Foods, Inc.** | | Case number (*if known*) | |
| | Name | | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                              Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | **East Coast Foods, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signature**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is trued and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on   __**March 25, 2016**__
                         MM / DD / YYYY

**X /s/ Herbert Hudson**                                    **Herbert Hudson**
_____                _____
Signature of authorized representative of debtor        Printed name

Title      **President**
_____

---

**18. Signature of attorney**

**X /s/ Vahe Khodzhayan**                                    Date  **March 25, 2016**
_____                         _____
Signature of attorney for debtor                                MM / DD / YYYY

**Vahe Khodzhayan**
_____
Printed name

**KG LAW, APC**
_____
Firm name

**1010 N. Central Ave, Ste 450**
**Glendale, CA 91202**
_____
Number, Street, City, State & ZIP Code

Contact phone   **818-245-1340**        Email address   **vahe@lawyer.com**
_____        _____

**261996**
_____
Bar number and State

---

| Fill in this information to identify your case: |
|---|

| Debtor 1 | **Herbert Hudson** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**    List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

| | | | **Unsecured claim** |
|---|---|---|---|

**1**  **American Paper & Plastics**
**550 S. 7th Ave**
**La Puente, CA 91746**

What is the nature of the claim?  **Business Debt**    $ **6,500.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
  Value of security:    - $ _____
  Unsecured claim    $ _____

_____
Contact
_____
Contact phone

**2**  **Blue Shield of California**
**PO Box 749415**
**Los Angeles, CA 90074**

What is the nature of the claim?  _____    $ **31,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
  Value of security:    - $ _____
  Unsecured claim    $ _____

_____
Contact
_____
Contact phone

B104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 1

Debtor 1      **East Coast Foods, Inc.**                                    Case number (if known) _____

---

| 3 | | What is the nature of the claim? | **Business Debt** | $ **$281,000.00** |

**Botach Management**
**5011 W. Pico Blvd**
**Los Angeles, CA 90019**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
        Value of security:    - $ _____
        Unsecured claim    $ _____

_____
_____
Contact
_____
Contact phone

---

| 4 | | What is the nature of the claim? | **Business Debt** | $ **$45,000.00** |

**Challenge Dairy Products, Inc**
**PO Box 742266**
**Los Angeles, CA 90074**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
        Value of security:    - $ _____
        Unsecured claim    $ _____

_____
_____
Contact
_____
Contact phone

---

| 5 | | What is the nature of the claim? | **Business Debt** | $ **$35,000.00** |

**Charlie's Fixtures Inc**
**2251 Venice Blvd**
**Los Angeles, CA 90005**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
        Value of security:    - $ _____
        Unsecured claim    $ _____

_____
_____
Contact
_____
Contact phone

---

| 6 | | What is the nature of the claim? | **Business Debt** | $ **$235,000.00** |

**Choice Foods, Inc**
**5798 Anderson Street**
**Los Angeles, CA 90058**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

No

_____

---

B 104 (Official Form 104)      For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims      Page 2

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **East Coast Foods, Inc.**                                Case number *(if known)*

| | |
|---|---|
| Contact | ☐ Yes. Total claim (secured and unsecured)    $ |
| | Value of security:    - $ |
| Contact phone | Unsecured claim    $ |

---

**7**

**Clemson Distributions, Ins**
**20722 Currier Road, C**
**Walnut, CA 91789**

What is the nature of the claim?    **Business Debt**    $ **$62,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $

Contact                                     Value of security:    - $
Contact phone                               Unsecured claim    $

---

**8**

**Clifton Capital Group, LLC**
**PO Box 764**
**La Canada Flintridge, CA**
**91012-0764**

What is the nature of the claim?    $ **$4,165,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $

Contact                                     Value of security:    - $
Contact phone                               Unsecured claim    $

---

**9**

**Daniel Beasley**
**c/o Cummins & White**
**1025 W. 190th Street**
**Gardena, CA 90248**

What is the nature of the claim?    **Business Debt / Judgment**    $ **$3,240,107.48**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $

Contact                                     Value of security:    - $
Contact phone                               Unsecured claim    $

---

**10**

**DV Marketing**
**5047 Pico Blvd**
**Los Angeles, CA 90019**

What is the nature of the claim?    **Business Debt**    $ **$52,875.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
Unliquidated

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 3

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **East Coast Foods, Inc.** _____     Case number *(if known)* _____

☐
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)        $ _____
          Value of security:        - $ _____
          Unsecured claim        $ _____

Contact _____

Contact phone _____

---

| 11 |

**Freeway Foods, Inc**
**621 W. Manchester**
**Inglewood, CA 90301**

**What is the nature of the claim?** _____     $ **$750,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)        $ _____
          Value of security:        - $ _____
          Unsecured claim        $ _____

Contact _____

Contact phone _____

---

| 12 |

**Los Angeles County Treasurer**
**Po Box 54110**
**Los Angeles, CA 90054**

**What is the nature of the claim?** _____     $ **$92,354.66**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)        $ _____
          Value of security:        - $ _____
          Unsecured claim        $ _____

Contact _____

Contact phone _____

---

| 13 |

**MyScribble LLC**
**4777 W. Pswego Ave**
**Fresno, CA 93722**

**What is the nature of the claim?**   **Business Debt**     $ **$20,800.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)        $ _____
          Value of security:        - $ _____
          Unsecured claim        $ _____

Contact _____

Contact phone _____

---

B 104 (Official Form 104)      For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims      Page 4

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **East Coast Foods, Inc.** _____    Case number *(if known)* _____

| 14 | | | | |
|----|---|---|---|---|

**Priudential Overall Supply**
PO Box 11210
Santa Ana, CA 92711-1210

What is the nature of the claim?    **Business Debt** _____    $ **$17,000.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

Contact _____

Contact phone _____

---

| 15 | | | | |
|----|---|---|---|---|

**Sergio Borgognone**
708 Acacia Ave, #A
Corona Del Mar, CA 92625

What is the nature of the claim?    **Business Debt** _____    $ **$256,765.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

Contact _____

Contact phone _____

---

| 16 | | | | |
|----|---|---|---|---|

**Shoreline Foods**
730 E. Broadway
Long Beach, CA 90802

What is the nature of the claim?    _____    $ **$1,500,000.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

Contact _____

Contact phone _____

---

| 17 | | | | |
|----|---|---|---|---|

**State Board of Equalization**
PO Box 942879
Sacramento, CA 94279

What is the nature of the claim?    _____    $ **$986,577.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____

Contact _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **East Coast Foods, Inc.**                          Case number *(if known)*

☐

Value of security:          - $ _____
Unsecured claim             $ _____

_____
Contact phone

---

**18**

**Tachera Harrington, et. al.**
**c/o Law Offices of Gene Ramos**
**5900 Wilshire Blvd, Ste 1730**
**Los Angeles, CA 90036-5013**

What is the nature of the claim?    **Business Debt /**   $ **$900,000.00**
                                    **Judgment**

As of the date you file, the claim is: Check all that apply
☐   Contingent
☐   Unliquidated
☐   Disputed
■   None of the above apply

Does the creditor have a lien on your property?

■   No
_____          ☐   Yes. Total claim (secured and unsecured)    $ _____
Contact                                 Value of security:          - $ _____
_____                     Unsecured claim             $ _____
Contact phone

---

**19**

**Waffle PLaza Properties**
**453 E. Spring Street, Ste 839**
**Los Angeles, CA 90013**

What is the nature of the claim?    _____    $ **$2,000,000.00**

As of the date you file, the claim is: Check all that apply
☐   Contingent
☐   Unliquidated
☐   Disputed
■   None of the above apply

Does the creditor have a lien on your property?

■   No
_____          ☐   Yes. Total claim (secured and unsecured)    $ _____
Contact                                 Value of security:          - $ _____
_____                     Unsecured claim             $ _____
Contact phone

---

**20**

**West Central Produce**
**12480 Levya Street,**
**Norwalk, CA 90650**

What is the nature of the claim?    **Business Debt**    $ **$35,000.00**

As of the date you file, the claim is: Check all that apply
☐   Contingent
☐   Unliquidated
☐   Disputed
■   None of the above apply

Does the creditor have a lien on your property?

■   No
_____          ☐   Yes. Total claim (secured and unsecured)    $ _____
Contact                                 Value of security:          - $ _____
_____                     Unsecured claim             $ _____
Contact phone

---

**Part 2:**   **Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X  **/s/ Herbert Hudson**_____          X  _____
   **Herbert Hudson**                                Signature of Debtor 2

B 104 (Official Form 104)            For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims            Page 6

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

Debtor 1    **East Coast Foods, Inc.**                                    Case number *(if known)*  _____

Signature of Debtor 1

Date    **March 25, 2016**                                    Date  _____

B 104 (Official Form 104)          **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**          **Page 7**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **East Coast Foods, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Paper & Plastics 550 S. 7th Ave La Puente, CA 91746** | | **Business Debt** | | | | **$6,500.00** |
| **Blue Shield of California PO Box 749415 Los Angeles, CA 90074** | | | | | | **$31,000.00** |
| **Botach Management 5011 W. Pico Blvd Los Angeles, CA 90019** | | **Business Debt** | | | | **$281,000.00** |
| **Challenge Dairy Products, Inc PO Box 742266 Los Angeles, CA 90074** | | **Business Debt** | | | | **$45,000.00** |
| **Charlie's Fixtures Inc 2251 Venice Blvd Los Angeles, CA 90005** | | **Business Debt** | | | | **$35,000.00** |
| **Choice Foods, Inc 5798 Anderson Street Los Angeles, CA 90058** | | **Business Debt** | | | | **$235,000.00** |
| **Clemson Distributions, Ins 20722 Currier Road, C Walnut, CA 91789** | | **Business Debt** | | | | **$62,000.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

Debtor **East Coast Foods, Inc.**
_____
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Clifton Capital Group, LLC PO Box 764 La Canada Flintridge, CA 91012-0764 | | | | | | $4,165,000.00 |
| Daniel Beasley c/o Cummins & White 1025 W. 190th Street Gardena, CA 90248 | | **Business Debt / Judgment** | **Disputed** | | | $3,240,107.48 |
| DV Marketing 5047 Plco Blvd Los Angeles, CA 90019 | | **Business Debt** | | | | $52,875.00 |
| Freeway Foods, Inc 621 W. Manchester Inglewood, CA 90301 | | | | | | $750,000.00 |
| Los Angeles County Treasurer Po Box 54110 Los Angeles, CA 90054 | | | | | | $92,354.66 |
| MyScribble LLC 4777 W. Pswego Ave Fresno, CA 93722 | | **Business Debt** | | | | $20,800.00 |
| Priudential Overall Supply PO Box 11210 Santa Ana, CA 92711-1210 | | **Business Debt** | | | | $17,000.00 |
| Sergio Borgognone 708 Acacia Ave, #A Corona Del Mar, CA 92625 | | **Business Debt** | | | | $256,765.00 |
| Shoreline Foods 730 E. Broadway Long Beach, CA 90802 | | | | | | $1,500,000.00 |
| State Board of Equalization PO Box 942879 Sacramento, CA 94279 | | | | | | $986,577.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

| Debtor | **East Coast Foods, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Tachera Harrington, et. al.**<br>**c/o Law Offices of Gene Ramos**<br>**5900 Wilshire Blvd, Ste 1730**<br>**Los Angeles, CA 90036-5013** | | **Business Debt / Judgment** | | | | **$900,000.00** |
| **Waffle PLaza Properties**<br>**453 E. Spring Street, Ste 839**<br>**Los Angeles, CA 90013** | | | | | | **$2,000,000.00** |
| **West Central Produce**<br>**12480 Levya Street, Norwalk, CA 90650** | | **Business Debt** | | | | **$35,000.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

East Coast Foods, Inc.
1514 Gower Street
Los Angeles, CA 90028


Vahe Khodzhayan
KG LAW, APC
1010 N. Central Ave, Ste 450
Glendale, CA 91202


Airx Ferguson
6226 Cherry Ave
Long Beach, CA 90805


American Paper & Plastics
550 S. 7th Ave
La Puente, CA 91746


ASAF Law
8730 Wilshire Blvd, Ste 310
Beverly Hills, CA 90211


Athens Services
Po Box 60009
City of Industry, CA 91716-0009


Blue Shield of California
PO Box 749415
Los Angeles, CA 90074


Botach Management
5011 W. Pico Blvd
Los Angeles, CA 90019

California Farms, LLC
PO Box 3848
1621 E. Francis Street
Ontario, CA 91761


California Fire Exhaust
9413 Beach Ave
Pacoima, CA 91331


Challenge Dairy Products, Inc
PO Box 742266
Los Angeles, CA 90074


Charlie's Fixtures Inc
2251 Venice Blvd
Los Angeles, CA 90005


Choice Foods, Inc
5798 Anderson Street
Los Angeles, CA 90058


City of Los Angeles
200 N. Spring Street, Room 101
Los Angeles, CA 90012


City of Pasadena
PO Box 7120
Pasadena, CA 91109


Clemson Distributions, Ins
20722 Currier Road, C
Walnut, CA 91789

Clifton Capital Group, LLC
PO Box 764
La Canada Flintridge, CA 91012-0764


Coastal Carbonic
Po Box 266
Stanton, CA 90680


Corky's Pest Control
909 Rancheros Dr
San Marcos, CA 92069


Daniel Beasley
c/o Cummins & White
1025 W. 190th Street
Gardena, CA 90248


Daniel Flores, et. al.
c/o Cummins & White
1025 W. 190th Street
Gardena, CA 90248


Dickerson Employee Benefits
c/o Carl Dickerson
1918 Riverside Drive
Los Angeles, CA 90039


Dolores Canning
1020 N. Eastern Ave,
Los Angeles, CA 90063


Duran Cleaning
2636 W. Main Street,
Alhambra, CA 91801

DV Marketing
5047 PIco Blvd
Los Angeles, CA 90019


Freeway Foods, Inc
621 W. Manchester
Inglewood, CA 90301


IPFS Corporation
Campbellsburg, IN 47108-7000


LADWP
PO Box 30808
Los Angeles, CA 90030


Los Angeles County Treasurer
Po Box 54110
Los Angeles, CA 90054


Mercury Casualty Company
PO Box 5600
Rancho Cucamonga, CA 91729


MyScribble LLC
4777 W. Pswego Ave
Fresno, CA 93722


Priudential Overall Supply
PO Box 11210
Santa Ana, CA 92711-1210

Quality Waste Services
3534 Whittier Blvd
Los Angeles, CA 90023


Sergio Borgognone
708 Acacia Ave, #A
Corona Del Mar, CA 92625


Shoreline Foods
730 E. Broadway
Long Beach, CA 90802


State Board of Equalization
PO Box 942879
Sacramento, CA 94279


Tachera Harrington, et. al.
c/o Law Offices of Gene Ramos
5900 Wilshire Blvd, Ste 1730
Los Angeles, CA 90036-5013


Telepacific Communication
PO Box 509013
San Diego, CA 92150


Terminix COmmerical
PO Box 509013
San Diego, CA 92150


Waffle PLaza Properties
453 E. Spring Street, Ste 839
Los Angeles, CA 90013

West Central Produce
12480 Levya Street,
Norwalk, CA 90650


Wholesum Breads
425 N. Alexander Street
San Fernando, CA 91340

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Vahe Khodzhayan**<br>**1010 N. Central Ave, Ste 450**<br>**Glendale, CA 91202**<br>**818-245-1340 Fax: 818-245-1341**<br>California State Bar Number: **261996**<br>vahe@lawyer.com | |

■ *Attorney for:*

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>    **East Coast Foods, Inc.**<br><br>                          Debtor(s),<br><br>Plaintiff(s),<br><br><br><br><br>                       Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    **11**<br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |
|---|---|

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    Vahe Khodzhayan                                          , the undersigned in the above-captioned case, hereby declare
              *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.      I have personal knowledge of the matters set forth in this Statement because:

☐ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

■ I am the attorney for the Debtor corporation

2.a.    ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
*[For additional names, attach an addendum to this form.]*

b.      ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_____
**March 25, 2016**

Date

By:  **/s/ Vahe Khodzhayan**
_____
Signature of Debtor, or attorney for Debtor

Name:  **Vahe Khodzhayan**
_____
Printed name of Debtor, or attorney for Debtor

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                          **F 1007-4.CORP.OWNERSHIP.STMT**