| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Vahe Khodzhayan**<br>**1010 N. Central Ave, Ste 450**<br>**Glendale, CA 91202**<br>**818-245-1340 Fax: 818-245-1341**<br>California State Bar Number: **261996**<br>**vahe@lawyer.com** | |

☐ *Individual appearing without attorney*
☑ *Attorney for: Debtor*

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re:

**East Coast Foods, Inc.**

Debtor(s).

CASE NO.: **2:16-bk-13852**-BB

CHAPTER: **11**

**APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**

**[LBR 9075-1(b)]**

---

1. Movant applies under LBR 9075-1(b) for an order setting a hearing on shortened notice on the following motion:
   a.    *Title of motion:*  **DEBTOR'S MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL**

   b.   *Date of filing of motion:*  **03/29/2016**

2. Compliance with LBR 9075-1(b)(2)(A): *(The following three sections must be completed)*

   a.   Briefly specify the relief requested in the motion:

   **Authority to use cash collateral while making full contractual payments to the creditor.**

   b.   Identify the parties affected by the relief requested in the motion:

   **Debtor, Creditor Wilshire Bank**

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*     **F 9075-1.1.APP.SHORT.NOTICE**

    c.    State the reasons necessitating a hearing on shortened time:

**Use of cash collateral is necessary to pay operating expenses.**

3. Compliance with LBR 9075-1(b)(2)(B): The attached declaration(s) justifies setting a hearing on shortened notice, and establishes a *prima facie* basis for the granting of the motion.

4. Movant has lodged a proposed Order Setting Hearing on Shortened Notice on mandatory Form 9075-1.1.ORDER.SHORT.NOTICE


Date:   **March 29, 2016**                                         **KG LAW, APC**
*Printed name of law firm  (if applicable)*

**Vahe Khodzhayan**

_Printed Name of individual Movant or attorney for Movant_    *Signature of individual Movant or attorney for Movant*

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    **F 9075-1.1.APP.SHORT.NOTICE**

**DECLARATION OF HERB HUDOSN**

I, HERB HUDSON, declare that:

I am the President of the debtor and debtor in possession in this case. I have personal knowledge of the facts alleged herein and if called upon as a witness, I could and would competently testify thereto. I make this declaration in support of Debtor's Motion for Order Authorizing Use of Cash Collateral (the "Motion").

1. This chapter 11 proceeding was initiated on March 25, 2016, by filing a voluntary chapter 11 petition (the "Petition Date.").

2. Debtor is a California corporation. Debtor is the owner and operator of four Roscoe's Chicken N' Waffles restaurants in Los Angeles Area. Debtor owes a secured debt to Wilshire Bank in the amount of $500,000.

3. The Wilshire Bank note is secured by a commercial security agreement that identifies Debtor's assets as collateral. Debt needs to use this cash collateral to continue proper operation of its business.

4. Debtor also proposes to continue making regular monthly payments to Wilshire Bank in the amount of $9500 in exchange for using the cash collateral. This is the pre-petition contractual payment amount to Wilshire Bank.

5. Debtor seeks immediate use of all cash and cash equivalents on hand and hereafter generated from Debtor's operations to the extent the same constitutes cash collateral pursuant to 11 U.S.C. § 363(a)

6. Debtor requires the immediate use of all cash and cash equivalents on hand and hereafter generated, whether the same constitutes cash collateral or not.

7. Debtor requests that this case be set for hearing on shortened notice because Debtor needs to pay its post-petition expenses from the cash collateral funds. If the hearing is not held on shortened notice Debtor will default on its obligations to its vendors, employees and will not be able to properly operate.

8. Cash collateral is essential to be used to continue operations of the debtor.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 29, 2016        By: _____

HERB HUDSON

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                              **F 9075-1.1.APP.SHORT.NOTICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**1010 N. Central Ave, Ste 450**
**Glendale, CA 91202**

A true and correct copy of the foregoing document entitled (*specify*):   **Application for Order Setting Hearing on Shortened Notice**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**Delivery to Judge Sheri Bluebond's Chambers**

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  **03/29/2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Vakhe Khodzhayan on behalf of Debtor East Coast Foods, Inc.**
vahe@lawyer.com
**United States Trustee (LA)**

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On **03/29/2016**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 29, 2016 | Ani Nalbandian | /s/ Ani Nalbandian |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    **F 9075-1.1.APP.SHORT.NOTICE**

| | |
|---|---|
| Airx Ferguson<br>6226 Cherry Ave<br>Long Beach, CA 90805 | City of Los Angeles<br>200 N. Spring Street, Room 101<br>Los Angeles, CA 90012 |
| American Paper & Plastics<br>550 S. 7th Ave<br>La Puente, CA 91746 | City of Pasadena<br>PO Box 7120<br>Pasadena, CA 91109 |
| ASAF Law<br>8730 Wilshire Blvd, Ste 310<br>Beverly Hills, CA 90211 | Clemson Distributions, Ins<br>20722 Currier Road, C<br>Walnut, CA 91789 |
| Athens Services<br>Po Box 60009<br>City of Industry, CA 91716-0009 | Clifton Capital Group, LLC<br>PO Box 764<br>La Canada Flintridge, CA 91012-0764 |
| Blue Shield of California<br>PO Box 749415<br>Los Angeles, CA 90074 | Coastal Carbonic<br>Po Box 266<br>Stanton, CA 90680 |
| Botach Management<br>5011 W. Pico Blvd<br>Los Angeles, CA 90019 | Corky's Pest Control<br>909 Rancheros Dr<br>San Marcos, CA 92069 |
| California Farms, LLC<br>PO Box 3848<br>1621 E. Francis Street<br>Ontario, CA 91761 | Daniel Beasley<br>c/o Cummins & White<br>1025 W. 190th Street<br>Gardena, CA 90248 |
| California Fire Exhaust<br>9413 Beach Ave<br>Pacoima, CA 91331 | Daniel Flores, et. al.<br>c/o Cummins & White<br>1025 W. 190th Street<br>Gardena, CA 90248 |
| Challenge Dairy Products, Inc<br>PO Box 742266<br>Los Angeles, CA 90074 | Dickerson Employee Benefits<br>c/o Carl Dickerson<br>1918 Riverside Drive<br>Los Angeles, CA 90039 |
| Charlie's Fixtures Inc<br>2251 Venice Blvd<br>Los Angeles, CA 90005 | Dolores Canning<br>1020 N. Eastern Ave,<br>Los Angeles, CA 90063 |
| Choice Foods, Inc<br>5798 Anderson Street<br>Los Angeles, CA 90058 | Shoreline Foods<br>730 E. Broadway<br>Long Beach, CA 90802 |
| Duran Cleaning<br>2636 W. Main Street,<br>Alhambra, CA 91801 | State Board of Equalization<br>PO Box 942879<br>Sacramento, CA 94279 |
| DV Marketing<br>5047 PIco Blvd | Tachera Harrington, et. al.<br>c/o Law Offices of Gene Ramos |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                                                                                                    **F 9075-1.1.APP.SHORT.NOTICE**

Los Angeles, CA 90019

Freeway Foods, Inc
621 W. Manchester
Inglewood, CA 90301

IPFS Corporation
Campbellsburg, IN 47108-7000

LADWP
PO Box 30808
Los Angeles, CA 90030

Los Angeles County Treasurer
Po Box 54110
Los Angeles, CA 90054

Mercury Casualty Company
PO Box 5600
Rancho Cucamonga, CA 91729

MyScribble LLC
4777 W. Pswego Ave
Fresno, CA 93722

Priudential Overall Supply
PO Box 11210
Santa Ana, CA 92711-1210

Quality Waste Services
3534 Whittier Blvd
Los Angeles, CA 90023

Sergio Borgognone
708 Acacia Ave, #A
Corona Del Mar, CA 92625

Shoreline Foods
730 E. Broadway
Long Beach, CA 90802

State Board of Equalization
PO Box 942879
Sacramento, CA 94279

Tachera Harrington, et. al.
c/o Law Offices of Gene Ramos
5900 Wilshire Blvd, Ste 1730
Los Angeles, CA 90036-5013

Telepacific Communication
PO Box 509013
San Diego, CA 92150

5900 Wilshire Blvd, Ste 1730
Los Angeles, CA 90036-5013

Telepacific Communication
PO Box 509013
San Diego, CA 92150

Terminix Commerical
PO Box 509013
San Diego, CA 92150

Waffle PLaza Properties
453 E. Spring Street, Ste 839
Los Angeles, CA 90013

West Central Produce
12480 Levya Street,
Norwalk, CA 90650

Wholesum Breads
425 N. Alexander Street
San Fernando, CA 91340

Wilshire Bank
3200 Wilshire Boulevard
Los Angeles,CA   90010
Attn: JW Woo, COE
(address from FDIC website, via certified mail)

Wilshire Bank
3200 Wilshire Boulevard, Ste 1410
Los Angeles, CA   90010
Attn: Lisa K. Pai
(address from SOS website, via certified mail)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                                     **F 9075-1.1.APP.SHORT.NOTICE**

Terminix COmmerical
PO Box 509013
San Diego, CA 92150

Waffle PLaza Properties
453 E. Spring Street, Ste 839
Los Angeles, CA 90013

West Central Produce
12480 Levya Street,
Norwalk, CA 90650

Wholesum Breads
425 N. Alexander Street
San Fernando, CA 91340

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                                                                            **F 9075-1.1.APP.SHORT.NOTICE**