RAYMOND H. AVER – State Bar No. 109577
LAW OFFICES OF RAYMOND H. AVER
A Professional Corporation
1950 Sawtelle Boulevard, Suite 120
Los Angeles, California  90025
Telephone: (310) 571-3511
email: ray@averlaw.com

Attorneys for Creditor
DANIEL BEASLEY

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA [LOS ANGELES DIVISION]

| | |
|---|---|
| In re: | Case No. 2:16-bk-13852-BB |
| **EAST COAST FOODS, INC.,** | Chapter 11 |
| Debtor. | LIMITED OPPOSITION TO "DEBTOR'S MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL" |
| | Date:  April 14, 2016<br>Time:  11:00 a.m.<br>Place: Courtroom 1475<br>   United States Bankruptcy Court<br>   Roybal Federal Building<br>   255 East Temple Street<br>   Los Angeles, California 90012 |

**TO THE HONORABLE SHERI BLUEBOND, CHIEF JUDGE OF THE UNITED STATES BANKRUPTCY COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

Daniel Beasley, a judgment creditor of East Coast Foods, Inc. dba Roscoe's House Of Chicken N'Waffles in an amount in excess of $3.24 million, submits his "Limited Opposition To Debtor's Motion For Order Authorizing Use Of Cash Collateral."

During the hearing held on March 30, 2016 of the debtor's emergency motion for order authorizing use of cash collateral, the Court, counsel for the United States Trustee and counsel for Daniel Beasley raised various concerns about "East Coast Foods, Inc. Projected 3 Month Revenue And Expenses" budget. Among the issues raised were: (1) the budget was very rough and lacked detail; (2) it was unclear whether the budgeted expenses comported with historical expenses; (3) there had not been a Notice Of Insider Compensation filed with respect to the "office compensation" expense item; (4) there was no itemization of the $130,345 in "other expenses"; (5) there was no itemization as to the location(s) comprising "rent" and whether the locations for which the "rent" was projected was an insider owned location or not; (6) there was no evidence as to whether any of the expenses were shared with any affiliates of the debtor; and (7) there was no itemization of the taxes and licenses.

Debtor asked for an earlier hearing date for the motion for order authorizing use of cash collateral, which was afforded by the Court, and promised to address the issues raised during the March 30, 2016 hearing. To date, Debtor has not submitted a detailed budget, provided any additional evidence in support of its request to use cash collateral, filed its bankruptcy schedules or statement of financial affairs, or provided Daniel Beasley with a copy of its 7 Day Package.

Daniel Beasley does not have an objection to the making of adequate protection payments to Wilshire Bank or to providing Wilshire Bank with a replacement lien to the extent necessary to adequately protect the bank. However, given the complete lack of specificity in the budget and lack of information about the debtor's

financial affairs, and despite having received notice of the concerns raised the Court and the interested parties, it is respectfully requested that any interim use of cash collateral be strictly limited in an effort protect the general unsecured creditors of the estate.

Dated: April 8, 2016

LAW OFFICES OF RAYMOND H. AVER
A Professional Corporation

By: _____
RAYMOND H. AVER
Attorneys for Creditor
DANIEL BEASLEY

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1950 Sawtelle Boulevard, Suite 120, Los Angeles, California 90025.

The foregoing document described **"LIMITED OPPOSITION TO 'DEBTOR'S MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL'"** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 8, 2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Raymond H Aver    ray@averlaw.com
- William H Brownstein    Brownsteinlaw.bill@gmail.com
- Peter A Davidson    pdavidson@ecjlaw.com, lpekrul@ecjlaw.com
- Peter J Gurfein    pgurfein@lgbfirm.com, kalandy@lgbfirm.com;cboyias@lgbfirm.com;srichmond@lgbfirm.com;sdeiches@lgbfirm.com
- Vahe Khojayan    vahe@lawyer.com
- Ron Maroko    ron.maroko@usdoj.gov
- Joon W Song    jsong@thesonglawgroup.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

___ Service information continued on attached page.

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

____ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 8, 2016,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Honorable Sheri Bluebond
Bin outside of Suite 1482

___ Service information continued on attached page declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

April 8, 2016    Ani Minasyan    /s/ Ani Minasyan
Date    Name    Signature