**Fill in this information to identify the case:**

Debtor name    **East Coast Foods, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:16-bk-13852**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April  8, 2016**          *X* **/s/ Herbert Hudson**
                                          Signature of individual signing on behalf of debtor

                                          **Herbert Hudson**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

## United States Bankruptcy Court
### Central District of California

In re    **East Coast Foods, Inc.**

Debtor(s)

Case No.    **2:16-bk-13852**

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Herbert Hudson**<br>**1514 N. Gower Street**<br>**Los Angeles, CA 90028** | **Common Stock** | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **April  8, 2016**

Signature    **/s/ Herbert Hudson**

**Herbert Hudson**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____ , California.

Date:    **April  8, 2016**

**/s/ Herbert Hudson**
**Herbert Hudson**
Signature of Debtor

Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 1    **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name **East Coast Foods, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:16-bk-13852**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
      Copy line 88 from *Schedule A/B*.................................................................................... $        **0.00**

   **1b. Total personal property:**
      Copy line 91A from *Schedule A/B*................................................................................ $        **4,513,697.00**

   **1c. Total of all property:**
      Copy line 92 from *Schedule A/B*.................................................................................. $        **4,513,697.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $        **750,000.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $        **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$        **14,738,691.14**

4.   Total liabilities ...........................................................................................................
   Lines 2 + 3a + 3b

$        **15,488,691.14**

**Fill in this information to identify the case:**

Debtor name    **East Coast Foods, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:16-bk-13852**

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wilshire Bank Account Ending in 2715** | | | $34,211.00 |
| 3.2. | **Hanmi Bank Account Ending in 2816, 2794** | | | $180,740.00 |
| 3.3. | **Wells Fargo Bank Accounts ending in 4193, 4731** | | | $77,452.00 |
| 3.4. | **One United Bank Account ending in 7243, 0283** | | | $10,598.00 |
| 3.5. | **Us Bank checking account ending in 8611** | | | $58,168.00 |
| 3.6. | **EastWest Bank checking account ending in 2046** | | | $67,178.00 |

4.    **Other cash equivalents** *(Identify all)*

| Debtor | **East Coast Foods, Inc.** | Case number *(If known)* | **2:16-bk-13852** |
|---|---|---|---|
| | Name | | |

**5.** **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$428,347.00

---

**Part 2:**      **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

**7.** **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.   **Deposits with landlords**          $75,000.00

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.** **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$75,000.00

---

**Part 3:**      **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

---

**Part 4:**      **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**      **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.**   **Raw materials** | | | | |
| **20.**   **Work in progress** | | | | |
| **21.**   **Finished goods, including goods held for resale** | | | | |
| **22.**   **Other inventory or supplies** **Inventory located at 1514 N. Gower Street, Los Angeles, CA** | | $35,000.00 | Replacement | $35,000.00 |
| **Inventory located at 106 W. Manchester, Los Angeles, CA** | | $0.00 | | $15,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **East Coast Foods, Inc.** | Case number *(If known)* **2:16-bk-13852** |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| | Inventory located at 5006 W. Pico Blvd, os Angeles, CA | | $0.00 | $30,000.00 |
| | Inventory located at 830 N. Lake Ave, pasadena, CA 91104 | | $0.00 | $20,000.00 |

| 23. | **Total of Part 5.** | $100,000.00 |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
- ☑ No
- ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ☑ No
- ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ☑ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No.  Go to Part 8.
- ☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>Furniture and Equipment located at 1514 N. Gower St. Los Angeles, CA | $0.00 | | $65,000.00 |
| | Furniture and Equipment Icoated at 830 N. Lake Ave, Pasadena, CA | $0.00 | | $20,000.00 |
| | Furniture and Equipment located at 5006 W,. Pico Blvd, Los Angeles, CA | $0.00 | | $61,400.00 |
| | Furniture and Equipment located at 106 W. Manchester, Los Angeles, CA | $0.00 | | $52,650.00 |

40.    **Office fixtures**

| Debtor | **East Coast Foods, Inc.** | Case number *(If known)* **2:16-bk-13852** |
|---|---|---|
| | Name | |

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | |
|---|---|
| | **$199,050.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **1993 Ford Econoline Cargo Van** | **$0.00** | | **$1,000.00** |
| 47.2. **1985 GMC Van** | **$0.00** | | **$800.00** |
| 47.3. **1995 Ford Econoline Van** | **$0.00** | | **$1,000.00** |
| 47.4. **1994 Ford Econoline Van** | **$0.00** | | **$800.00** |
| 47.5. **1989 Ford F-250** | **$0.00** | | **$1,100.00** |
| 47.6. **1989 Ford Econoline Cargo Van** | **$0.00** | | **$1,200.00** |
| 47.7. **1998 Ford Econoline Cargo Van** | **$0.00** | | **$1,400.00** |
| 47.8. **2000 Chevrolet Express** | **$0.00** | | **$2,000.00** |
| 47.9. **1995 Ford Econoline Van** | **$0.00** | | **$2,000.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **East Coast Foods, Inc.** | Case number *(If known)* **2:16-bk-13852** |
|---|---|---|
| | Name | |

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.  **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

$11,300.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 9:**    **Real property**

54.  **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **1514 N. Gower Street, Los Angeles, CA 90028** | **Lessee** | **$0.00** | | **$0.00** |
| 55.2.  **106 W. Manchester Ave, Los Angeles, CA** | **Lessee** | **$0.00** | | **$0.00** |
| 55.3.  **830 N. Lake Ave, Pasadena, CA** | **Lessee** | **$0.00** | | **$0.00** |
| 55.4.  **5006 W. Pico Blvd, Los Angeles, CA** | **Lessee** | **$0.00** | | **$0.00** |

56.  **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$0.00

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **East Coast Foods, Inc.** | Case number *(If known)* **2:16-bk-13852** |
|---|---|---|
| | Name | |

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** **Liquor licenses** | **$0.00** | | **$200,000.00** |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

| 66.  **Total of Part 10.** | | **$200,000.00** |
|---|---|---|
| Add lines 60 through 65. Copy the total to line 89. | | |

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

## Part 11:    All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | | | Current value of debtor's interest |
|---|---|---|---|
| 71.  **Notes receivable** Description (include name of obligor) **Intellectual property receivables (in installments)** | **3,500,000.00** - Total face amount | **0.00** = doubtful or uncollectible amount | **$3,500,000.00** |
| 72.  **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | | | |
| 73.  **Interests in insurance policies or annuities** | | | |
| 74.  **Causes of action against third parties (whether or not a lawsuit** | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **East Coast Foods, Inc.** | Case number *(If known)* **2:16-bk-13852** |
|---|---|---|
| | Name | |

has been filed)

**POtential claim agianst worlers compensationinsurer**                                    $0.00

| Nature of claim | |
|---|---|
| Amount requested | $0.00 |

**Potential claim againt Zurich Insurance re overcharged insurance premiums**                    Unknown

| Nature of claim | |
|---|---|
| Amount requested | $0.00 |

**Legal Malpractice case againt Edward Ziegler**                                    Unknown

| Nature of claim | |
|---|---|
| Amount requested | $0.00 |

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.  **Total of Part 11.**                                                    $3,500,000.00

Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Debtor | **East Coast Foods, Inc.** | Case number *(If known)* | **2:16-bk-13852** |
|---|---|---|---|
| | Name | | |

---

**Part 12:**    **Summary**

---

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $428,347.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $75,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $100,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $199,050.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $11,300.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ..............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $200,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $3,500,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,513,697.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,513,697.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name  **East Coast Foods, Inc.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  **2:16-bk-13852**

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2.** **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| **2.1** | **Wilshire Bank** | Describe debtor's property that is subject to a lien | **$500,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**3200 Wilshire Blvd**
**Los Angeles, CA 90010**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Debtor's assets**

**Describe the lien**
**Business Loan**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**11/2014**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**9344**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.2** | **Wilshire Bank** | Describe debtor's property that is subject to a lien | $250,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**3200 Wilshire Blvd**
**Los Angeles, CA 90010**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Debtor's assets**

**Describe the lien**
**Non-Purchase Money Security**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**12/2012**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**3325**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **East Coast Foods, Inc.** | Case number (if know) | **2:16-bk-13852** |
|---|---|---|---|
| | Name | | |

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $750,000.00 |
|---|---|---|

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    **East Coast Foods, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:16-bk-13852**

☐ Check if this is an
amended filing

Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☒ No. Go to Part 2.

   ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Airx Ferguson**
6226 Cherry Ave
Long Beach, CA 90805

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,500.00 |
|---|---|---|---|

**American Paper & Plastics**
550 S. 7th Ave
La Puente, CA 91746

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,200.00 |
|---|---|---|---|

**Athens Services**
Po Box 60009
City of Industry, CA 91716-0009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,000.00 |
|---|---|---|---|

**Blue Shield of California**
PO Box 749415
Los Angeles, CA 90074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | **East Coast Foods, Inc.** | Case number (if known) | **2:16-bk-13852** |
|---|---|---|---|
| | Name | | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$281,000.00** |
|---|---|---|---|

**Botach Management**
**5011 W. Pico Blvd**
**Los Angeles, CA 90019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __**Business Debt**__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,400.00** |
|---|---|---|---|

**California Farms, LLC**
**PO Box 3848**
**1621 E. Francis Street**
**Ontario, CA 91761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __**Business Debt**__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**California Fire Exhaust**
**9413 Beach Ave**
**Pacoima, CA 91331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45,000.00** |
|---|---|---|---|

**Challenge Dairy Products, Inc**
**PO Box 742266**
**Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __**Business Debt**__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,000.00** |
|---|---|---|---|

**Charlie's Fixtures Inc**
**2251 Venice Blvd**
**Los Angeles, CA 90005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __**Business Debt**__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$235,000.00** |
|---|---|---|---|

**Choice Foods, Inc**
**5798 Anderson Street**
**Los Angeles, CA 90058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __**Business Debt**__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**City of Los Angeles**
**200 N. Spring Street, Room 101**
**Los Angeles, CA 90012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **East Coast Foods, Inc.** | Case number (if known) | **2:16-bk-13852** |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**City of Pasadena**
**PO Box 7120**
**Pasadena, CA 91109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $62,000.00 |
|---|---|---|---|

**Clemson Distributions, Ins**
**20722 Currier Road, C**
**Walnut, CA 91789**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,165,000.00 |
|---|---|---|---|

**Clifton Capital Group, LLC**
**PO Box 764**
**La Canada Flintridge, CA 91012-0764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,700.00 |
|---|---|---|---|

**Coastal Carbonic**
**Po Box 266**
**Stanton, CA 90680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Corky's Pest Control**
**909 Rancheros Dr**
**San Marcos, CA 92069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,240,107.48 |
|---|---|---|---|

**Daniel Beasley**
**c/o Cummins & White**
**1025 W. 190th Street**
**Gardena, CA 90248**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2015**

Last 4 digits of account number  **9995**

Basis for the claim:  **Business Debt / Judgment**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Daniel Flores, et. al.**
**c/o Cummins & White**
**1025 W. 190th Street**
**Gardena, CA 90248**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **1457**

Basis for the claim:  **Lawsuit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **East Coast Foods, Inc.** | Case number (if known) | **2:16-bk-13852** |
|---|---|---|---|
| | Name | | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dickerson Employee Benefits**
**c/o Carl Dickerson**
**1918 Riverside Drive**
**Los Angeles, CA 90039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,000.00 |
|---|---|---|---|

**Dolores Canning**
**1020 N. Eastern Ave,**
**Los Angeles, CA 90063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,500.00 |
|---|---|---|---|

**Duran Cleaning**
**2636 W. Main Street,**
**Alhambra, CA 91801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $52,875.00 |
|---|---|---|---|

**DV Marketing**
**5047 Pico Blvd**
**Los Angeles, CA 90019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2015**

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $750,000.00 |
|---|---|---|---|

**Freeway Foods, Inc**
**621 W. Manchester**
**Inglewood, CA 90301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**IPFS Corporation**

**Campbellsburg, IN 47108-7000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LADWP**
**PO Box 30808**
**Los Angeles, CA 90030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **East Coast Foods, Inc.** | | Case number *(if known)* | **2:16-bk-13852** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$92,354.66** |
|---|---|---|---|
| | **Los Angeles County Treasurer**<br>**Po Box 54110**<br>**Los Angeles, CA 90054** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Mercury Casualty Company**<br>**PO Box 5600**<br>**Rancho Cucamonga, CA 91729** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,800.00** |
|---|---|---|---|
| | **MyScribble LLC**<br>**4777 W. Pswego Ave**<br>**Fresno, CA 93722** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Business Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,000.00** |
|---|---|---|---|
| | **Priudential Overall Supply**<br>**PO Box 11210**<br>**Santa Ana, CA 92711-1210** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Business Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$242.00** |
|---|---|---|---|
| | **Quality Waste Services**<br>**3534 Whittier Blvd**<br>**Los Angeles, CA 90023** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$256,765.00** |
|---|---|---|---|
| | **Sergio Borgognone**<br>**708 Acacia Ave, #A**<br>**Corona Del Mar, CA 92625** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Business Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500,000.00** |
|---|---|---|---|
| | **Shoreline Foods**<br>**730 E. Broadway**<br>**Long Beach, CA 90802** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **East Coast Foods, Inc.** | | Case number (if known) | **2:16-bk-13852** |
|---|---|---|---|---|
| | Name | | | |

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$986,577.00**

**State Board of Equalization**
**PO Box 942879**
**Sacramento, CA 94279**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$900,000.00**

**Tachera Harrington, et. al.**
**c/o Law Offices of Gene Ramos**
**5900 Wilshire Blvd, Ste 1730**
**Los Angeles, CA 90036-5013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2015**

Basis for the claim: **Business Debt / Judgment**

Last 4 digits of account number **8879**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,420.00**

**Telepacific Communication**
**PO Box 509013**
**San Diego, CA 92150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00**

**Terminix COmmerical**
**PO Box 509013**
**San Diego, CA 92150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000,000.00**

**Waffle Plaza Properties**
**453 E. Spring Street, Ste 839**
**Los Angeles, CA 90013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,000.00**

**West Central Produce**
**12480 Levya Street,**
**Norwalk, CA 90650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00**

**Wholesum Breads**
**425 N. Alexander Street**
**San Fernando, CA 91340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

---

| Debtor | **East Coast Foods, Inc.** | Case number (if known) | **2:16-bk-13852** |
|---|---|---|---|
| | Name | | |

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **ASAF Law**<br>**8730 Wilshire Blvd, Ste 310**<br>**Beverly Hills, CA 90211** | Line  **3.34**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Challenge Dairy Products**<br>**6701 Donlon Way**<br>**Dublin, CA 94568** | Line  **3.8**<br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $                              0.00 |
| **5b. Total claims from Part 2** | 5b.  + | $                14,738,691.14 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $                14,738,691.14 |

**Fill in this information to identify the case:**

Debtor name      **East Coast Foods, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:16-bk-13852**

☐ Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
        ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
        ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
        (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest     **Lease for property located at 830 N. Lake Ave, Pasadena, CA**<br><br>State the term remaining<br><br>List the contract number of any government contract | **BE 830 Lake, LLC**<br>**433 N. Camden Drive, Ste 1070**<br>**Beverly Hills, CA 90210** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest     **Lease for property located at 5006 Pico Blvd, Los Angeles, CA**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Botach Management**<br>**5011 W. Pico Blvd**<br>**Los Angeles, CA 90019** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest     **Contract for sale of intellectual property**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Roscoe's Intellectual Properties, L**<br>**555 W. Fifth Street,**<br>**Los Angeles, CA 90013** |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest     **Lease for property located at 1514 N. Gower Street, Los Angeles, CA 90028**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Waffle PLaza Properties**<br>**453 E. Spring Street, Ste 839**<br>**Los Angeles, CA 90013** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor 1 | **East Coast Foods, Inc.** | | | Case number *(if known)* | **2:16-bk-13852** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.5.   State what the contract or lease is for and the nature of the debtor's interest    **Lease for Property located at 106 W. Manchester Ave, Los Angeles, CA property** | |
|     State the term remaining | |
|     List the contract number of any government contract | **Waffle Plaza Properties**<br>**453 E. Spring Street, Ste 839**<br>**Los Angeles, CA 90013** |

**Fill in this information to identify the case:**

Debtor name  **East Coast Foods, Inc.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  **2:16-bk-13852**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Herbert Hudson** | **1514 N. Gower Street, Los Angeles, CA 90028** | **Wilshire Bank** | ■ D  **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2  **Hip Hop Beverage Corporation** | **10316 Norris Ave, Unit A Pacoima, CA 91331** | **Wilshire Bank** | ■ D  **2.2** <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **East Coast Foods, Inc.**

United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA**

Case number (if known) **2:16-bk-13852**

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                 12/15

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.   **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue
Check all that apply | Gross revenue
(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**
From **1/01/2016** to **Filing Date** | ■ Operating a business
☐ Other _____ | **$4,568,340.00** |
| **For prior year:**
From **1/01/2015** to **12/31/2015** | ■ Operating a business
☐ Other _____ | **$17,452,055.00** |
| **For year before that:**
From **1/01/2014** to **12/31/2014** | ■ Operating a business
☐ Other _____ | **$18,092,247.00** |

2.   **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source
(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.   **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer
Check all that apply |
|---|---|---|---|

| Debtor | **East Coast Foods, Inc.** | Case number *(if known)* **2:16-bk-13852** |
|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **State Board of Equalization**<br>PO Box 942879<br>Sacramento, CA 94279 | 12/15 - 02/16 | $210,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Tax debt** |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

<div style="background:black;color:white;">**Part 3:**</div>  **Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Beasey v East Coast Foods, Inc.**<br>**BC509995** | **Employment** | **Los Angeles Superior Court**<br>**111 N. Hill Street,**<br>**Los Angeles, CA 90012** | ☐ Pending<br>■ On appeal<br>☐ Concluded |
| 7.2. **Harrington v East Coast Foods, Inc.**<br>**BC5088779** | **Class Action** | **Los Angeles Superior Court**<br>**111 N. Hill Street**<br>**Los Angeles, CA 90012** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. **Flore v East Coast Foods, Inc.**<br>**BC611457** | **Employment** | **Los Angeles Superior Court**<br>**111 N. HIll Street**<br>**Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **East Coast Foods, Inc.**                                          Case number *(if known)*    **2:16-bk-13852**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.4.    **Waffle Plaza Properties v<br>Edward Siegler<br>BC591408** | **Legal Malpractice** | **Los Angeles Superior Court<br>111 N. Hill Street<br>Los Angeles, CA 90028** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.    Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a
receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of
the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

**10.    All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None.

| Description of the property lost and<br>how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

**11.    Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing
of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy
relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received<br>the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.    **KG LAW, APC<br>1010 N. Central Ave, Ste 450<br>Glendale, CA 91202** | **Attorney Fees** | **03/20/2016** | **$30,000.00** |
| **Email or website address<br>vahe@lawyer.com** | | | |
| **Who made the payment, if not debtor?** | | | |

---

**12.    Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case
to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

| Debtor | East Coast Foods, Inc. | Case number *(if known)* 2:16-bk-13852 |

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Roscoe's Intellectual Properties, L 555 W. Fifth Street, Los Angeles, CA 90013 | Intellectual property rights to Roscoe's Chicken and Waffle name and mark | 01/2016 | $3,500,000.00 |
| | Relationship to debtor | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

| Debtor | East Coast Foods, Inc. | Case number *(if known)* | **2:16-bk-13852** |
|--------|------------------------|--------------------------|-------------------|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.

☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

| Debtor | East Coast Foods, Inc. | | Case number *(if known)* **2:16-bk-13852** |

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Evans Consulting Services**<br>**1171 S. Robertson Blvd, Ste 152**<br>**Los Angeles, CA 90035** | **2014 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Wilshire Bank**<br>**3200 Wilshire Blvd**<br>**Los Angeles, CA 90010** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

- ■ No
- ☐ Yes. Give the details about the two most recent inventories.

| Debtor | East Coast Foods, Inc. | | Case number *(if known)*  **2:16-bk-13852** |
|---|---|---|---|

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Herbert HUdson | 1514 N. Gower Street<br>Los Angeles, CA 90028 | Owner, President, CEO | 100 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30.** Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Herbert Hudson<br>1514 N. Gower Street<br>Los Angeles, CA 90028 | $216,000 | 03/14 - 02/15 | Compensation for management fo debtor |
| | Relationship to debtor<br>**President** | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **East Coast Foods, Inc.** | Case number *(if known)* | **2:16-bk-13852** |

---

<span style="background:black;color:white">**Part 14:**</span>  **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **April  8, 2016**

/s/ Herbert Hudson                                      **Herbert Hudson**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor      **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

| | | | | |
|---|---|---|---|---|
| In re | **East Coast Foods, Inc.** | | Case No. | **2:16-bk-13852** |
| | | Debtor(s) | Chapter | **11** |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | 30,000.00 |
   | Prior to the filing of this statement I have received | $ | 30,000.00 |
   | Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **April  8, 2016** | **/s/ Vahe Khojayan** |
| *Date* | **Vahe Khojayan** |
| | *Signature of Attorney* |
| | **KG LAW, APC** |
| | **1010 N. Central Ave, Ste 450** |
| | **Glendale, CA 91202** |
| | **818-245-1340  Fax: 818-245-1341** |
| | **vahe@lawyer.com** |
| | *Name of law firm* |

---

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Vahe Khojayan**<br>**1010 N. Central Ave, Ste 450**<br>**Glendale, CA 91202**<br>**818-245-1340 Fax: 818-245-1341**<br>California State Bar Number: **261996**<br>vahe@lawyer.com | |
| ☐  *Debtor(s) appearing without an attorney*<br>■  *Attorney for Debtor* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>        **East Coast Foods, Inc.**<br><br><br><br><br>Debtor(s). | CASE NO.: **2:16-bk-13852**<br>CHAPTER: **11**<br><br>**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __6__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  **April  8, 2016** _____     **/s/ Herbert Hudson** _____
                                                         Siganture of Debtor 1

Date: _____
                                                         Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  **April  8, 2016** _____     **/s/ Vahe Khojayan** _____
                                                         Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                            **F 1007-1.MAILING.LIST.VERIFICATION**