Vahe Khojayan (SBN 261996)
KG Law, APC
1010 N. Central Ave. Ste 450
Glendale, CA  91202
Tel: (818) 245-1340
Fax: (818) 245-1341
E-mail: vahe@lawyer.com

Attorneys for Debtor
EAST COAST FOODS, INC.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| **In re:** | Case No.: 2:16-bk-13852-BB |
| **EAST COAST FOODS, INC.** | Chapter 11 |
| | **DEBTOR'S STATUS REPORT** |
| Debtor in possession. | Date: 05/11/2016<br>Time:10:00AM<br>Location:  255 E. Temple Street, Los Angeles, CA 90012<br>Courtroom: 302<br>Judge:    Hon. Sheri Bluebond |

**TO THE HONORABLE SHERI BLUEBOND, ALL CREDITORS AND INTERESTED PARTIES.**

**Debtor-in-possession EAST COAST FOODS, INC.** hereby submits its Status Report.

   a. **Description of Debtor, Debtor's Business, and Operations:** Debtor is a privately held California corporation. Debtor operates four iconic Roscoe's Chicken 'N Waffle restaurants in the Los Angeles area.   The four restaurants are

1

STATUS REPORT

located at 1514 N. Gower Street, Los Angeles, CA, 106 W. Manchester Blvd, Los Angeles, CA, 830 N. Lake Ave, Pasadena, C, and, 5006 Pico Blvd, Los Angeles, CA.  Debtor leases all four locations and owns no real estate.  All four locations are currently operating.  The filing of this case did not disrupt the operations of the Debtor.  Debtor employs nearly 400 employees, both full time and part time.  Debtor's operations are headquartered at1514 N. Gower Street, Los Angeles, CA 90028, where Debtor maintains its administrative offices, including accounting and human resources departments.  Debtor's income principally comes from two sources. The majority of the income comes from food and beverage sales at its restaurants.   However, beginning July 2016, Debtor will also begin receiving $30,000 per month from the sale of its intellectual property.   Debtor's income and expenses are relatively constant month to month due to the fact that Debtors restaurants are well recognized with consistent customer flow. Debtor's sole owner and officer is Herbert Hudson.

b. **Answers to the questions mentioned in the Court's Order Setting Scheduling and Case Management Conference.**

1. **What precipitated the bankruptcy filing**? The final trigger that lead Debtor to file for bankruptcy was a $3.2 million judgment against the Debtor in favor of its former employee Daniel Beasley.  The judgment is currently on appeal.  Prior to filing for bankruptcy, Debtor unsuccessfully attempted to obtain an appeal bond, to prevent any levy or execution of judgment against its accounts.  On March 23, 2016, two days prior to the filing of this case, Debtors bank accounts were levied by judgment

2

creditor Daniel Beasley and Debtor's funds were frozen.  With its funds frozen, Debtor was unable to maintain its business as a going concern and filed for Chapter 11 reorganization.

2. **What does the debtor hope to accomplish in this Chapter 11 case?** Debtor hopes to reorganize its debts and propose a feasible repayment plan to all of its creditors.  Debtor anticipates filing a Chapter 11 plan of reorganization within 210 days after the date of filing of this case.

3. **What are the principal disputes or problems likely to be encountered during the course of the debtor's reorganization efforts?** Debtor expects that most of its creditors will be amenable to its reorganization efforts.  However, Debtor anticipates constant and unnecessary objections and oppositions to its reorganization efforts by judgment creditor Daniel Beasley and his attorneys who will try to maximize their recovery at the expense of Debtor's operations, employees, and other creditors. Debtor also anticipates that the main dispute in this case will center around the amounts payable to its unsecured creditor.

4. **How does the debtor recommend that these disputes be resolved and why**? Debtor is reluctant to recommend specific resolutions until six (6) months of post-petition financials are available for scrutiny.  Once such financials are available to Debtor, Debtor will be well positioned to project and estimate payments to unsecured creditors.

5. **Has the debtor complied with all of its duties under 11 U.S.C. 521, 1106 and 1107, and all applicable guidelines of the United States**

3

STATUS REPORT

    **Trustee, and if not why not?** Debtor is in full compliance with its duties under 11 U.S.C. §§ 521, 1106, 1107, and all applicable guidelines of the United States Trustee.

6. **Do any parties claim an interest in cash collateral of Debtor.** Wilshire Bank has an interest in cash collateral of the Debtor.

7. **Is the Debtor using cash that any party claims as its cash collateral and, if so, on what date(s) did the debtor obtain an order authorizing the use of such cash or consent of such party?** Debtor is using Wilshire Bank's cash collateral. Debtor obtained authority from the Court for interim use of cash collateral at the hearings on March 30, 2016 and April 14, 2016. The orders approving such use were entered on April 1, 2016 and April 27, 2016 respectively. Debtor also entered into a stipulation to use cash collateral with Wilshire Bank. That stipulation is pending for Court approval.

8. **The identity of professionals retained or to be retained by the estate**: Debtor applied to retain Vahe Khojayan of KG Law, APC as general bankruptcy counsel. The application for employment was filed on March 29, 2016. Debtor also will apply to retain Artyem Isaghulyan Accountancy Corp. and its principal Art Isaghulyan, CPA as accountants and bookkeepers for the estate. Further, Debtor anticipates retaining special litigation counsel to handle its state court litigation matters, if necessary.

9. **Evidence regarding projected income and expenses for the first six months of the case**. Attached hereto as Exhibit 1 is a projection of Debtor's income and expenses for the next 12 months. The projection is accompanied by a declaration of Debtor's accountant Maria Carillo and explains how the projection numbers were calculated. Debtor is currently on track to exceed the projected income for the month of April due to higher sales figures and reduced expenses. Debtor expects to file April's financials with its monthly operating report on or before May 15, 2016.

10. **Proposed deadlines for filing of claims and objections to claims.** Debtor proposes August 1, 2016 as the deadline for filing of claims, and September 1, 2016 as the deadline for filing objections to claims.

11. **A proposed deadline for the filing of a plan and disclosure statement**. Debtor proposes October 1, 2016 as the deadline for filing of a disclosure statement and a plan of reorganization.

12. **Significant unexpired leases and executor contracts to which debtor is a party and debtor's intentions with regard to these leases and contracts.** Debtor has the following unexpired leases and executor contracts:

    i. Lease agreement with Waffle Plaza Properties for the restaurant located at 106 W. Manchester Ave., Los Angeles, CA. Debtor does not have any short term plans concerning this lease. However, depending on the financial performance of the restaurant at this location, Debtor may reject this lease.

  ii. Lease agreement with Waffle Plaza Properties for the restaurant located at 1514 N. Gower Street, Los Angeles, CA. Debtor will assume this lease.

  iii. Lease agreement with Botach Management for the restaurant located at 5006 W Pico Blvd., Los Angeles, CA. Debtor expects to reject this lease in the long run, due to condition of the building and lack of adequate parking.

  iv. Lease agreement with BE 830, LLC for the restaurant located at 830 N. Lake Ave., Pasadena, CA with BE 830, LLC. Debtor does not have any short term plans concerning this lease. However, depending on the financial performance of the restaurant at this location, Debtor may reject this lease.

  v. Debtor is a party to an executory contract pertaining to sale of intellectual property to Roscoe's Intellectual Property, LLC. This agreement will start generating $30,000 per month for the Debtor beginning July 1, 2016. Debtor will assume this agreement.

Date: April 27, 2016          Respectfully submitted,

                 Vahe Khojayan

                 KG Law, APC
                 Attorneys for Debtor in possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**1010 N. Central Ave, Ste 450**
**Glendale, CA 91202**

A true and correct copy of the foregoing document described as __**Debtor's Status Report**__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:
  **Delivery to Chambers of Judge Sheri Bluebond**

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __**04/27/2016**__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
**Raymond H Aver on behalf of Creditor Daniel Beasley : ray@averlaw.com**
**Raymond H Aver on behalf of Interested Party Interested Party : ray@averlaw.com**
**William Brownstein on behalf of Interested Party William Harold Brownstein: brownsteinlaw.bill@gmail.com**
**Peter A Davidson on behalf of Interested Party Interested Party : pdavidson@ecjlaw.com, lpekrul@ecjlaw.com**
**Peter J Gurfein on behalf of Interested Party Interested Party : pgurfein@lgbfirm.com, kalandy@lgbfirm.com;cboyias@lgbfirm.com;srichmond@lgbfirm.com;sdeiches@lgbfirm.com**
**Vahe Khojayan on behalf of Debtor East Coast Foods, Inc. : vahe@lawyer.com**
**Doah Kim on behalf of Interested Party Lewis Brisbois Bisgaard & Smith LLP : Doah.Kim@LewisBrisbois.com, Monique.Talamante@LewisBrisbois.com**
**Ron Maroko on behalf of U.S. Trustee United States Trustee (LA) : ron.maroko@usdoj.gov**
**Joon W Song on behalf of Interested Party Interested Party : jsong@thesonglawgroup.com**
**United States Trustee (LA) : ustpregion16.la.ecf@usdoj.gov**
☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __**04/27/2016**__, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the **United States Mail, first class, postage prepaid**, addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 04/27/2016 | Ani Nalbandian | /s/ Ani Nalbandian |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| | |
|---|---|
| Blue Shield of California<br>Michael B. Reynolds<br>Snell & Wilmer L.L.P.<br>600 Anton Boulevard, Suite 1400<br>Costa Mesa, CA 92626-7689 | Los Angeles County Treasurer<br>Po Box 54110<br>Los Angeles, CA 90054 |
| Botach Management<br>5011 W. Pico Blvd<br>Los Angeles, CA 90019 | MyScribble LLC<br>4777 W. Pswego Ave<br>Fresno, CA 93722 |
| Challenge Dairy Products, Inc<br>PO Box 742266<br>Los Angeles, CA 90074 | Sergio Borgognone<br>708 Acacia Ave, #A<br>Corona Del Mar, CA 92625 |
| Charlie's Fixtures Inc<br>2251 Venice Blvd<br>Los Angeles, CA 90005 | Shoreline Foods<br>730 E. Broadway<br>Long Beach, CA 90802 |
| Choice Foods, Inc<br>5798 Anderson Street<br>Los Angeles, CA 90058 | State Board of Equalization<br>PO Box 942879<br>Sacramento, CA 94279 |
| Clemson Distributions, Ins<br>20722 Currier Road, C<br>Walnut, CA 91789 | Tachera Harrington, et. al.<br>c/o Law Offices of Gene Ramos<br>8383 Wilshire Blvd., Suite 950<br>Beverly Hills, CA  90211 |
| Clifton Capital Group, LLC<br>PO Box 764<br>La Canada Flintridge, CA 91012-0764 | Waffle Plaza Properties<br>453 E. Spring Street, Ste 839<br>Los Angeles, CA 90013 |
| DV Marketing<br>5047 PIco Blvd<br>Los Angeles, CA 90019 | West Central Produce<br>12480 Levya Street,<br>Norwalk, CA 90650 |
| Daniel Beasley<br>c/o Aver Law Firm<br>1950 Sawtelle Ave, Ste 120<br>Los Angeles, CA 90025 | Wilshire Bank<br>c/o The Song Law Group,  APLC<br>800 West 6th Street, Suite 1410<br>Los Angeles, California 90017 |
| Freeway Foods, Inc<br>621 W. Manchester<br>Inglewood, CA 90301 | Prudential Overall Supply<br>PO Box 11210<br>Santa Ana, CA 92711 |
| Dolores Canning<br>1020 N. Eastern Ave,<br>Los Angeles, CA 90063 | American Paper & Plastics<br>550 S. 7th Ave<br>La Puente, CA 91746 |
| Athens Services<br>Po Box 60009<br>City of Industry, CA 91716-0009 | California Farms, LLC<br>PO Box 3848<br>1621 E. Francis Street<br>Ontario, CA 91761 |

STATUS REPORT