PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
RON MAROKO, State Bar No. 124770
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Boulevard, Suite 1850
Los Angeles, California 90017-3560
(213) 894-4520 telephone
(213) 894-2603 facsimile
Email: ron.maroko@usdoj.gov

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - Los Angeles Division

In re:

East Coast Foods, Inc.,

    Debtor.

Case No.: 2:16-bk-13852 BB

Chapter 11

NOTICE OF APPOINTMENT AND APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS

    Pursuant to 11 U.S.C. Section 1102(a), the undersigned hereby appoints the following five (5) creditors to serve on the Committee of Creditors holding unsecured claims:

SEE ATTACHED EXHIBIT A

DATED: April 29, 2016

PETER C. ANDERSON
UNITED STATES TRUSTEE

By: /s/ Jill M. Sturtevant
Jill M. Sturtevant
Assistant United States Trustee

1

# EXHIBIT A

| | |
|---|---|
| 1 | **EXHIBIT "A"** |
| 2 | In re: East Coast Foods, Inc.; 2:16-bk-13852 BB |

Daniel Beasley
c/o Scott Cummings & Lee Franck
Law Office of Cummings & Franck, P.C.
1025 W 190th Street, Suite 200
Gardena, CA 90248
Telephone: (310) 295-2195
E-mail: Scott@cummingsandfrank.com

Sergio Borgognone
708 Acacia Ave, #A
Corona Del Mar, CA 92625
Telephone: (949) 554-7295
E-mail: Sergiob469@gmail.com

Choice Foods
Attn: John Fovos
5798 S. Anderson Street
Vernon, CA 90058
Telephone: (323) 810-9090
E-mail: John@ChoiceFoods.net

Clifton Capital Group, LLC
Attn: Sam L. White
P.O. Box 764
La Canada, CA 91012-0764
Telephone: (818) 261-3050
E-mail: S.White@CliftonCapitalGroup.com

Asaf Law APC
Attn: Asaf Agazanof, Esq.
8730 Wilshire Blvd, #310
Beverly Hills, CA 90211
Telephone: (424) 254-8870
E-mail: Asaf@LawAsaf,com

///

///

///

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**915 Wilshire Blvd, Suite 1850, Los Angeles, California 90017-1574**

A true and correct copy of the foregoing document entitled (*specify*): **Notice of Appointment and Appointment of Committee of Creditors Holding Unsecured Claims** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 04/29/16, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On 04/29/16, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 04/29/16, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/29/16 | Sonny Flores | /s/ Sonny Flores |
|---|---|---|
| Date | Print Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                           F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

   Raymond H Aver    ray@averlaw.com
   William H Brownstein    Brownsteinlaw.bill@gmail.com
   Peter A Davidson    pdavidson@ecjlaw.com, lpekrul@ecjlaw.com
   Peter J Gurfein    pgurfein@lgbfirm.com; kalandy@lgbfirm.com; cboyias@lgbfirm.com; srichmond@lgbfirm.com;sdeiches@lgbfirm.com
   Vahe Khojayan    (**Debtor's counsel**) vahe@lawyer.com
   Doah Kim    Doah.Kim@LewisBrisbois.com, Monique.Talamante@LewisBrisbois.com
   Ron Maroko    ron.maroko@usdoj.gov
   Joon W Song    jsong@thesonglawgroup.com
   United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

2. **SERVED BY U.S. MAIL**

   **Debtor**
   East Coast Foods, Inc.
   1514 Gower Street
   Los Angeles, CA 90028

   **Unsecured Creditor's Committee**

   Daniel Beasley
   c/o Scott Cummings & Lee Franck
   Law Office of Cummings & Franck, P.C.
   1025 W 190th Street, Suite 200
   Gardena, CA 90248

   Sergio Borgognone
   708 Acacia Ave, #A
   Corona Del Mar, CA 92625

   Choice Foods
   Attn: John Fovos
   5798 S. Anderson Street
   Vernon, CA 90058

   Clifton Capital Group, LLC
   Attn: Sam L. White
   P.O. Box 764
   La Canada, CA 91012-0764

   Asaf Law APC
   Attn: Asaf Agazanof, Esq.
   8730 Wilshire Blvd, #310
   Beverly Hills, CA 90211

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                              F 9013-3.1.PROOF.SERVICE

3. **SERVED BY FEDERAL EXPRESS OVERNIGHT MAIL** (Pursuant to the UST's agreement with the Bankruptcy Judge's Courtesy Copy was mailed Federal Express overnight mail to the following address.)

Judge's Copy
Honorable Sheri Bluebond
U.S. Bankruptcy Court
255 E. Temple Street, Room 940
Los Angeles, CA  90012
Attn: Mail Room Clerk-Judges Copies

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**