**SMILEY WANG-EKVALL, LLP**
Robert S. Marticello, State Bar No. 244256
*rmarticello@swelawfirm.com*
Timothy W. Evanston, State Bar No. 319342
*tevanston@swelawfirm.com*
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:    714 445-1000
Facsimile:    714 445-1002

Attorneys for Brian Weiss, Plan Trustee



FILED & ENTERED

MAR 30 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY evangeli   DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:16-bk-13852-BB |
| EAST COAST FOODS, INC., | Chapter 11 |
| Debtor-in-Possession. | **ORDER GRANTING MOTION TO EXTEND CLAIM OBJECTION DEADLINE** |
| | **[No Hearing Required/Requested Pursuant to Local Bankruptcy Rule 9013-1(o)]** |

On March 11, 2022, Brian Weiss, the plan trustee of the post-confirmation plan trust established in the above-captioned case (the "Plan Trustee"), filed and served the *Motion to Extend Claim Objection Deadline* [Docket No. 1474] (the "Motion") and notice of the Motion [Docket No. 1475] (the "Notice").  No opposition to or request for hearing on the Notice or Motion was filed or served.

///

///

///

///

2903981.1                                              1                                              ORDER

Having reviewed the Notice and Motion and the papers filed in support thereof, service and notice being proper, and finding good cause to grant the relief requested in the Motion,

**IT IS ORDERED** that:

1. The Motion is **GRANTED**; and

2. The Claim Objection Deadline is extended to and including **December 31, 2022**, subject to the Plan Trustee's right to seek further extensions as set forth in the Plan.

###

Date: March 30, 2022

Sheri Bluebond
United States Bankruptcy Judge

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

2903981.1    2    ORDER